# United States District Court
# For the Southern District Of Georgia
# Savannah Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No. CR415-134 |
| | * | |
| GERALD MICHAEL ORTEGA | * | |
| | * | |

### ORDER

Presently before the Court is the Magistrate Judge's October 30, 2015, Report and Recommendation, dkt. no. 39, to which Defendant has filed Objections, dkt. no. 43. After an independent and *de novo* review of the entire record, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **OVERRULES** Defendant's Objections. Consequently, the Court **DENIES** Defendant's Motion to Supress, dkt. no. 29.

**SO ORDERED**, this 2 day of June, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA